UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARK C. CHRISTENSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 20-11574-IT |
| | * | |
| BRETHREN, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

ORDER

October 15, 2020

TALWANI, D.J.

For the reasons stated below, this action is dismissed without prejudice.

On August 17, 2020, *pro se* Plaintiff Mark C. Christenson filed a Complaint [#1] without paying the $400 filing fee or moving to proceed without prepayment of the fee. On September 23, 2020, the court entered an Order [#3] directing Plaintiff to pay the filing fee or file a motion for leave to proceed *in forma pauperis*. The court stated therein that failure to comply with the order within twenty-one days could result in dismissal of the action. The clerk mailed a copy of the Order to Plaintiff at the Seattle, Washington address he had provided.

Plaintiff has not responded to the Order, and the time for doing so has expired.[1] Accordingly, this action is DISMISSED without prejudice for failure to pay the filing fee.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge

---

[1] On October 2, 2020, the copy of the Order that the clerk had sent to Plaintiff was returned to as undeliverable. See [#4]. Because Plaintiff has not provided the clerk with a different address for service, the Order is deemed delivered and properly served. See Local Rule 83.5.5 (D. Mass.).